RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Carla Peterson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLA PETERSON,<br>A.K.A. REGINA ANN KING.<br><br>Defendant. | Case No. 2:19-cr-119-APG-GWF<br><br>**EMERGENCY STIPULATION TO MODIFY A CONDITION OF PRETRIAL RELEASE**<br>**(Expedited Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Carla Peterson, to modify a condition of pre-trial release.

This Stipulation is entered into for the following reasons:

1. On June 19, 2019, Ms. Peterson was notified that her father, who resides in Myrtle Beach, South Carolina, was admitted into the hospital. Ms. Peterson's father was admitted into the hospital due to having fluid around his lungs and pacemaker. Ms. Peterson seeks permission to travel to South Carolina to be with her father and her family.

2. Ms. Peterson was placed on Pretrial Supervision on June 3, 2019. One of the conditions of her pretrial release was that Ms. Peterson's travel was restricted to the Central District of California (where Ms. Peterson resides) and the District of Nevada, for Court.

3. The parties respectfully request that this Court amend Ms. Peterson's travel restriction to allow her to travel to South Carolina for family-related purposes.

4. Ms. Peterson must provide Pretrial Services, before leaving the Central District of California, with her travel itinerary to and from South Carolina.

5. Ms. Peterson must provide Pretrial Services with the South Carolina address and phone number of where she will be staying.

6. Ms. Peterson has been in full compliance with her other terms of supervision.

7. The Pretrial Service Officer does not oppose the modification of Ms. Peterson's travel restrictions to allow her to travel to South Carolina for family-related purposes.

8. The United States Attorney does not oppose modifying Ms. Peterson's travel restrictions to allow her to travel to South Carolina for family-related purposes.

DATED this 19th of June, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

IT IS SO ORDERED.

DATED this __20__ day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE