RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Carla Peterson

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>Carla Peterson,<br>A.K.A. Regina Ann King.<br><br>          Defendant. | Case No. 2:19-cr-119-APG-GWF<br><br>**STIPULATION TO MODIFY A CONDITION OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Carla Peterson, to modify a condition of pre-trial release.

This Stipulation is entered into for the following reasons:

1. Ms. Peterson was placed on Pretrial Supervision on June 3, 2019. One of the conditions of her pretrial release was that Ms. Peterson's travel was restricted to the Central District of California and the District of Nevada, for Court.

2. Ms. Peterson will be changing her residence to Henderson, Nevada.

3. The parties respectfully request that this Court amend Ms. Peterson's travel

restrictions to allow her to travel to the Central District of Califorrna for court-related purposes and remove the current Nevada travel restriction.

4. Ms. Peterson will provide her Pretrial Services Officer with her Nevada address.

5. The Pretrial Service Officer does not oppose the modification of Ms. Peterson's travel restrictions to allow her to travel to the Central District of California for court-related purposes and removing the Nevada travel restriction.

6. The United States Attorney does not oppose modifying Ms. Peterson's travel restrictions to allow her to travel to the Central District of California for court-related purposes and the removal of the Nevada travel restriction.

DATED this 19th day of July, 2019.

| RENE L. VALLADARES | NICHOLAS A. TRUTANICH |
| Federal Public Defender | United States Attorney |

By_____         By_____
MONIQUE KIRTLEY                  KIMBERLY FRAYN
Assistant Federal Public Defender  Assistant United States Attorney

IT IS SO ORDERED.

DATED this  25  day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE