RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SYLVIA IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sylvia_Irvin@fd.org

Attorney for Carla Peterson

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLA PETERSON,<br>A.K.A. REGINA ANN KING.<br><br>Defendant. | Case No. 2:19-cr-119-JAD-NJK<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

It is stipulated and agreed to by and between United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Christopher D. Baker, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Sylvia Irvin, counsel for Defendant Carla Peterson, to modify and add the following conditions of pretrial release.

This Stipulation is entered into for the following reasons:

1. On June 6, 2018, Ms. Peterson made her initial appearance and was released on a personal recognizance bond with specified conditions of pretrial release. *See* ECF No. 13. On February 20, 2020, Ms. Peterson entered a plea of guilty pursuant to a negotiated plea agreement. *See* ECF Nos. 37-39. At a hearing later that afternoon, she was admitted into the RISE Court program. *See* ECF Nos. 40-41.

2. As a participant in RISE, Ms. Peterson is agreeable to the addition of the following pretrial release conditions:

   a. [40] The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances as defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner. This includes marijuana and/or any item containing THC.

   b. [43] The defendant shall refrain from the use or possession of synthetic drugs and intoxicating substances.

   c. [44] The defendant shall not be in the presence of anyone using or possessing a (A) narcotic drug or other controlled substances, (B) alcohol, and (C) intoxicating substances or synthetic drugs.

3. The parties and the Pretrial Services Office are agreeable to the modification of these conditions so that Ms. Peterson may remain in compliance with the RISE Court conditions.

DATED this 9th of March, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|   /s/ Sylvia Irvin<br>By_____<br>SYLVIA IRVIN<br>Assistant Federal Public Defender |   /s/ Christopher D. Baker<br>By_____<br>CHRISTOPHER D. BAKER<br>Assistant United States Attorney |

IT IS SO ORDERED.

DATED this 10th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE