# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:19-cr-00119-JAD-NJK |
| Plaintiff | |
| v. | **Order Re: RISE Court Sanctions** |
| Carla Peterson, | |
| Defendant | |

The RISE Executive Team has been advised of Defendant Carla Peterson's recent non-compliance with RISE program conditions, including her lack of honesty with Pretrial Services representatives. The RISE Executive Team has conferenced regarding the appropriate sanctions under the terms of Peterson's RISE contract.

IT IS HEREBY ORDERED that **Ms. Peterson must write a statement** in which she:

- Describes her non-compliant behavior,
- Analyzes what went wrong,
- States how she will react differently in the future, and
- Advises the RISE Executive Team what sanctions she feels are appropriate for this non-compliant behavior, specifically including her lack of candor and honesty.

Ms. Peterson must **email this statement to her attorney by noon on April 15, 2020**, so that counsel can provide it to the RISE Executive Team. Ms. Peterson will read this statement aloud in court during the next RISE hearing, currently scheduled for 3 p.m. on April 16, 2020.

The Court hereby emphasizes that **the Court continues to expect Ms. Peterson to comply with all conditions of release and all terms of her RISE Contract.**

A copy of this order will be provided to all RISE Executive Team members.

Dated: April 10, 2020

_____
U.S. District Judge Jennifer A. Dorsey