RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SYLVIA IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sylvia_Irvin@fd.org

Attorney for Carla Peterson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>CARLA PETERSON,<br><br>              Defendant. | Case No. 2:19-cr-00119-JAD-NJK<br><br>**STIPULATION TO MODIFY**<br>**PRETRIAL RELEASE CONDITIONS**[1] |

IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Christopher D. Baker, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Sylvia Irvin, counsel for Carla Peterson, that her conditions of release be modified for the following reasons:

1.     On June 6, 2018, Ms. Peterson made her initial appearance and was released on a personal recognizance bond with specified conditions of pretrial release. *See* ECF No. 13. On February 20, 2020, Ms. Peterson entered a plea of guilty pursuant to a negotiated plea agreement. *See* ECF Nos. 37-39. At a hearing later that afternoon, she was admitted into the RISE Court program. *See* ECF Nos. 40-41.

---

[1] This motion is timely filed.  There is no deadline for the filing of this motion.

2. As a participant in RISE, Ms. Peterson is subject to her RISE Court contract (ECF No. 41) and conditions of pretrial release including that "The defendant is allowed to travel with prior approval from Pretrial Services." ECF Nos. 35, ¶74; 13.

3. This week, Ms. Peterson accepted an employment position as a regional sales representative that will require her to travel to Austin, Texas, for a 3-4 day training beginning on September 21. Thereafter, her employment will include teleworking and travel within Nevada and travel to Washington, Oregon, California, and Arizona. Consquently, the parties ask this Court to modify her travel condition to allow her to travel out of state for employment-related training and travel.

4. Before she accepted her employment position, Pretrial Services Officer Samira Barlow, defense counsel, and Ms. Peterson had discussed adding a mental health condition that would allow her counselor to discuss other counseling topics in addition to addressing issues concerning her substance use disorder. This condition will not increase her current counseling sessions or frequency but will give her counselor the ability to discuss topics other than substance use. For this reason, the parties ask the Court to add this condition.

5. Defense counsel and Government counsel agree to the addition of these pretrial conditions.

6. Pretrial Services Officer Barlow agress to the addition of these pretrial conditions.

7. Ms. Peterson continues to be in compliance with her pretrial release conditions.

DATED this 18th day of September, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Sylvia Irvin*<br>By_____<br>SYLVIA IRVIN<br>Assistant Federal Public Defender | */s/ Christopher D. Baker*<br>By_____<br>CHRISTOPHER D. BAKER<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLA PETERSON,<br><br>　　　　Defendant. | Case No. 2:19-cr-00119-JAD-NJK<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that following modifications shall be made to Ms. Peterson's release conditions:

　　1.　　The defendant may travel within Nevada, and to Texas, Washington, Oregon, California, and Arizona, for employment purposes.

　　2.　　The defendant shall participate in mental health treatment as directed by Pretrial Services or the supervising officer.

　　3.　　The defendant shall pay all or part of the cost of the medical or psychiatric treatment program or evaluation based upon her ability to pay as determined by Pretrial Services or the supervising officer.

　　DATED this 18th day of September, 2020.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE