RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SYLVIA IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sylvia_Irvin@fd.org

Attorney for Carla Peterson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>CARLA PETERSON,<br><br>         Defendant. | Case No. 2:19-cr-00119-JAD-NJK<br><br>**FOURTH STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS**[1] |

   IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Christopher Burton, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Sylvia Irvin, counsel for Carla Peterson, that Ms. Peterson's release condition requiring a third-party custodian be removed for the following reasons:

   1.   On June 6, 2019, Ms. Peterson made her initial appearance and was released on a personal recognizance bond with conditions including that Ms. Peterson's brother-in-law act as her third-party custodian.  *See* ECF No. 13 at 6, Additional Condition of Release, Supervision Condition (6).

   2.   At a January 30, 2020 hearing, a personal recognizance bond imposed the same

---

[1] This motion is timely filed.  There is no deadline for the filing of this motion.

conditions. *See* ECF No. 35 at 3, Additional Conditions of Release, Supervision Condition (8).

3. Since February 20, 2020, Ms. Peterson has been participating in the RISE Court program. *See* ECF Nos. 40-41. As a RISE Court participant, Ms. Peterson must abide by pretrial release conditions and to her RISE Court contract. *See* ECF No. 41. Ms. Peterson continues to be in good standing in RISE Court and is compliant with all of her conditions.

4. Undersigned counsel previously asked the Court to modify Ms. Peterson's travel restrictions to allow her to travel for work and for family reasons, and this Court granted the modifications. ECF Nos. 64-68 73-74. Notably, Ms. Peterson maintained compliance with her pretrial conditions during this travel.

5. In light of her compliance with her pretrial release conditions and her good standing in the RISE Court, counsel asks the Court to remove the third-party custodian condition and remove Ms. Peterson's brother-in-law as her third-party custodian. Given Ms. Peterson's compliance for nearly a year, this pretrial condition is no longer needed. Additionally, counsel notes that Ms. Peterson's sister and brother-in-law are divorcing and this condition will add unnecessary stress to Ms. Peterson's situation.

6. Undersigned defense counsel consulted with the Pretrial Services Officer Samira Barlow, and she agrees with the removal of the third-party custodian condition.

7. Defense counsel and Government counsel agree to the removal of the third-party custodian condition.

8. Ms. Peterson continues to be in compliance with her pretrial release conditions.

DATED this 2nd day of February, 2021.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
|   */s/ Sylvia Irvin*<br>By_____<br>SYLVIA IRVIN<br>Assistant Federal Public Defender |   */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>CARLA PETERSON,<br><br>      Defendants. | Case No. 2:19-cr-00119-JAD-NJK<br><br>**ORDER** |

      Based on the Stipulation of counsel and good cause appearing,

      IT IS THEREFORE ORDERED that following modifications shall be made to Ms. Peterson's release conditions:

      1.    The third-party custodian condition imposed at ECF No. 13 at 6, Additional Condition of Release, Supervision Condition (6), is removed as a pretrial release condition for Ms. Peterson.

      2.    Mr. Kenneth Richard King, Jr. is removed as the third-party custodian in this case.

      DATED this  3rd  day of February, 2021.

                                                                                               UNITED STATES MAGISTRATE JUDGE