# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLA PETERSON,<br><br>Defendant. | Case No.: 2:19-cr-00119-JAD-NJK<br><br>**ORDER**<br>(Docket No. 94) |

Pending before the Court is the parties' stipulation to modify Defendant Carla Peterson's conditions of pretrial release. Docket No. 94. For good cause shown, the stipulation is **GRANTED**. Defendant's conditions of release are modified to allow her to travel to Maui, Hawaii from December 23, 2021, through December 27, 2021. All other conditions of pretrial release imposed by the Court remain in place.

IT IS SO ORDERED.

DATED: November 8, 2021.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE